UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:03-CR-108-JCM-PAL |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| JOHNING WALKER | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The matter before the court is to clarify the order of restitution previously entered as part

of the Judgment in a Criminal Case (#151) on June 20, 2005.   Upon further review of the

restitution order in this matter, the specifics needed to complete the order of restitution were not

made a part of the Judgment.   Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s)

listed below:

Name of Payee: IRS - RACS
Amount of Restitution: $52,124.00

**Total Amount of Restitution ordered:  $52,124.00****
**Joint and several with co-defendants Andrew Thomas, Miko Fields, David Bethley
 and Thoms Wildridge

Dated this _____17th_____ day of May, 2017.

_____
UNITED STATES DISTRICT JUDGE